IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**STEPHEN GLENN KELLY**                                                           **PLAINTIFF**

**V.**                             **CASE NO. 1:10CV00031 JMM**

**TODD HUDSPETH, ET AL.**                                                **DEFENDANTS**

**ORDER**

For good cause shown, Defendants's Motion for Order Compelling Answers to Discovery Requests is granted (#16).

Plaintiff is directed to answer Defendants's August 20, 2010 propounded Interrogatories and Request for Production including the Medical Authorization. Plaintiff is directed to return these answers and documents, including the signed Medical Authorization form to Defendants on, or before, March 22, 2011. Failure to do so may result in Plaintiff's case being dismissed without prejudice for failure to prosecute.

Plaintiff is directed to Local Rule 5.5(c)(2) of the United States District courts for the Eastern and Western Districts of Arkansas which states that it is the duty of parties appearing *pro se* to "monitor the progress of the case, and to prosecute or defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED THIS __9__ day of __March__, 2011.

                                              James M. Moody
                                            United States District Judge