IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**STEPHEN GLENN KELLY**                                                                  **PLAINTIFF**

V.                                      CASE NO.  1:10CV00031 JMM

**RUBEN BALENTINE AND**
**MARK RODENBURY**                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED THIS   17   day of   May , 2011.

_____
**James M. Moody**
**United States District Judge**